# UNITED STATES PRETRIAL SERVICES AGENCY
## Eastern District of New York

## MEMORANDUM

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 01 2014 ★

LONG ISLAND OFFICE

**DATE:** February 28, 2014

**TO:** Honorable Joseph F. Bianco
United States District Judge

**RE:** Lonnie Lake
Docket No.: 2:08-CR-00777 - 001

Request for Violation Hearing

---

The defendant was arrested in the Central District of California on November 20, 2008, and charged with Conspiracy to Commit Mail and Wire Fraud in violation of 18 U.S.C. 1349, 1341, and 1343, pursuant to a warrant filed in the Eastern District of New York. The defendant was ordered removed in custody and made an initial appearance in this district on December 15, 2008, and Your Honor issued a permanent order of detention. On February 3, 2009, the defendant appeared before Your Honor, entered a guilty plea to the aforementioned charge, and was ordered released on a $1,000,000 secured bond with electronically monitored home detention at 14 Vanata Court, Hempstead, New York 11550, random drug testing, surrender and make no new passport applications and refrain from engaging in employment involving telemarketing. On March 27, 2009, Your Honor terminated supervision by Pretrial Services.

On February 26, 2014, Pretrial Services received an automated criminal record notification that the defendant was arrested in North Carolina on February 15, 2014, and charged with Possession of Drug Paraphernalia. Upon further inspection of the defendant's criminal records since his removal from Pretrial Services supervision, it was discovered that he was arrested in California on November 5, 2009, and charged with Misdemeanor Battery. Further, another criminal matter regarding conduct predating his federal arrest was disposed. Specifically, on June 27, 2008, the defendant was arrested in California and charged with Misdemeanor Battery. On March 1, 2010, the defendant was convicted of Fight/Noise/Offensive Words (Misdemeanor) and sentenced to 1 day jail, 24 months' probation, and unspecified restitution.

Pretrial Services is requesting that a violation hearing be scheduled to address the defendant's conduct and discuss the reinstatement of an appropriate level of Pretrial Services supervision. AUSA Lara Treinis Gatz and Defense Counsel Anthony Lapinta have been notified.

Prepared by: _____
Desiree Melendez
U.S. Pretrial Services Officer

Approved by: _____
Ignace Sanon-Jules
Supervising Pretrial Services Officer

Attachment